In the Matter of ANDRE M., Appellant. MONROE COUNTY ATTORNEY, Respondent. [801 NYS2d 221]—Appeal from an order of the Family Court, Monroe County (Joan S. Kohout, J.), entered December 13, 2001 in a proceeding pursuant to Family Court Act article 3. The order adjudicated respondent a juvenile delinquent and placed him for a period of 18 months in the custody of the Office of Children and Family Services.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Greg W.*, 213 AD2d 414 [1995]). Present—Kehoe, J.P., Gorski, Martoche, Smith and Hayes, JJ.

 In the Matter of the Arbitration between GREECE CENTRAL SCHOOL DISTRICT, Appellant-Respondent, and GREECE TEACHERS ASSOCIATION, Respondent-Appellant. [801 NYS2d 221]—Appeal and cross appeal from an order and judgment (one paper) of the Supreme Court, Monroe County (David D. Egan, J.), entered November 18, 2004 in a proceeding pursuant to CPLR article 75. The order and judgment vacated part of an arbitration award.

It is hereby ordered that the order and judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Kehoe, J.P., Gorski, Martoche, Smith and Hayes, JJ.